1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.:<br><br>(MDL Case No. 2:15-ml-02668-PSG (JEMx); pending in C.D. Cal.)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NON-PARTY GOOGLE LLC**<br><br>Date:<br>Time: |
|---|---|

Having considered the papers and arguments submitted by counsel, the Court hereby GRANTS Plaintiffs' Motion to Compel Production of Documents by Non-Party Google LLC, in the litigation captioned *In re: National Football League's "Sunday Ticket" Antitrust Litigation,* Case No. 2:15-ml-02668-PSG (JEMx) (C.D. Cal.).

IT IS ORDERED that, within thirty (30) days of this order, Google shall produce documents reflecting the various proposals and counterproposals that Google exchanged with the NFL regarding the rights to NFL Sunday Ticket. This production shall comprise documents collected from the custodians agreed-upon by the parties using the electronic search terms agreed-upon by the parties.

IT IS SO ORDERED.

Dated: _____            _____
                                    United States District Judge