OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** September 13, 2023   **Time:** 47 minutes   **Judge:** NATHANAEL M. COUSINS

**Case No.:** 5:23-mc-80213 NC   **Case Name:** In re: National Football League's "Sunday Ticket" Antitrust Litigation

**Attorney for Plaintiff:**     Tyler Finn
**Attorneys for Defendant:**    Bradley Tennis

**Deputy Clerk:** Lili Harrell     **Liberty Recording:** 11:06-11:14am
                                                           12:05-12:44pm

PROCEEDINGS

Hearing re: Motion to Compel, ECF 1.

Plaintiffs' motion to compel against non-party Google granted in part for the reasons stated. The Court found that plaintiffs satisfied Rule 45(d)(1) by taking reasonable steps to avoid imposing undue expense or burden on Google, the party subject to the subpoena. The information sought is relevant to the antitrust claims and remedies in the underlying case. In considering the proportionality of the requests, especially weighing the asserted burdens and confidentiality objections asserted by Google, the Court determined that Google must produce within 30 days of this order for 3 specified custodians, rather than 6 custodians sought by plaintiffs originally, documents from the requested 9-month time period in 2022 reflecting various proposals and counter-proposals that Google exchanged with the NFL regarding the rights to NFL Sunday Ticket. The parties must use agreed-upon electronic search terms. Counsel must meet and confer on the search terms in the next 7 days. Plaintiffs must notify Google of the 3 specified custodians in the next 7 days. No fees or costs awarded. The parties are guided to confer further on deposition disputes and to present any disputes promptly. Related sealing motions granted: Dkt. Nos. 2-1 and 12-3, for good cause shown.